```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 15791
    DELORES MCPHERSON
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5706

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/22/2005 and was confirmed 06/13/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.35% from remaining funds.

    The case was paid in full 06/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
CITIBANK                 CURRENT MORTG         .00           .00            .00
CBUSASEARS               UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP    UNSECURED         3133.73           .00         449.66
ECAST SETTLEMENT CORP    UNSECURED          524.07           .00          75.20
ECAST SETTLEMENT CORP    UNSECURED OTH      466.34           .00          78.62
RESURGENT ACQUISITION LL UNSECURED OTH     7362.39           .00        1053.53
CITIBANK                 UNSECURED        NOT FILED          .00            .00
CITIFINANCIAL            UNSECURED        NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI UNSECURED OTH     5921.19           .00         847.30
ECAST SETTLEMENT CORP    UNSECURED OTH      771.42           .00         110.38
LVNV FUNDING LLC         UNSECURED OTH      960.30           .00         134.39
WORLD FINANCIAL NETWORK  UNSECURED          277.16           .00          39.77
WORLD FINANCIAL NETWORK  UNSECURED OTH      398.90           .00          55.82
RESURGENT ACQUISITION LL UNSECURED OTH      379.80           .00          53.15
LORRAINE GREENBERG & ASS DEBTOR ATTY       2,194.00                    2,194.00
TOM VAUGHN               TRUSTEE                                         308.18
DEBTOR REFUND            REFUND                                          129.60

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     5,529.60

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                         2,897.82
ADMINISTRATIVE                                    2,194.00
TRUSTEE COMPENSATION                                308.18
DEBTOR REFUND                                       129.60
                          ---------------      ---------------
TOTALS                       5,529.60              5,529.60

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 15791 DELORES MCPHERSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/25/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |